UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLARK GRANT,<br><br>                    Defendant. | MBD Case No. 21-91676-ADB |

**ASSENTED-TO MOTION FOR CONTINUANCE OF TIME FOR FILING
AN INDICTMENT OR INFORMATION AND EXCLUSION OF TIME**

The United States of America, by and through Assistant United States Attorney Adam W. Deitch, respectfully moves this Court to grant a continuance of the time within which an Indictment or Information must be filed as to said defendant to January 18, 2022, and exclude the time period from November 18, 2021, through and including January 18, 2022, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the grounds that the ends of justice served by granting the requested continuance and excluding this period outweigh the best interests of the public and the defendant in a speedy trial.  The government has conferred with counsel for the defendant, who assents to the requested continuance and exclusion of time.  In support of this request, the government states as follows:

1.      On October 18, 2021, the defendant, Clark Grant, was charged by criminal complaint with wire fraud, in violation of 18 U.S.C. § 1349, and false statements on loan and credit application, in violation of 18 U.S.C. § 1014 (Case No. 21-MJ-5454-JGD).  On October 19, 2021, the defendant was arrested and made his initial appearance before Magistrate Judge Judith G. Dein,

after which he was released on conditions.

2. The parties have engaged in preliminary discussions regarding the facts of the case and next steps, but the progression of those discussions depends largely on the government's continuing investigation, as well as defense counsel's ability to confer more extensively with her client.

3. Additional time within which to indict will enable the government's ongoing investigation to continue and allow for defense counsel to communicate more extensively with the defendant about the charges, evidence, and the manners in which the case could come to a resolution.

4. The defendant is not being held in custody on the basis of the complaint.

5. The time within which the government must indict has not previously been extended. Counsel for the defendant assents to this motion.

6. A proposed order is attached.

                                                Respectfully submitted,

                                                NATHANIEL R. MENDELL
                                                Acting United States Attorney

                                  By:    */s/ Adam W. Deitch*
                                            ADAM W. DEITCH
                                            Assistant U.S. Attorney

Dated: November 15, 2021

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document will be sent via email to the attorney of record for Clark Grant at:

     Julie-Ann Olson, Esq.
     Federal Public Defender Office
     51 Sleeper Street, 5th Floor
     Boston, MA 02210
     Julie-Ann_Olson@fd.org

                                      */s/ Adam W. Deitch*
                                      Adam W. Deitch
                                      Assistant United States Attorney

Dated: November 15, 2021