UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLARK GRANT,<br><br>Defendant. | MBD Case No. 21-91676-ADB |

### ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the government's assented-to motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The parties have engaged in preliminary discussions regarding the case, which was initiated by a criminal complaint in *United States v. Clark Grant*, Case No. 21-MJ-5454-JGD, and the requested continuance of the time in which an indictment or information must be filed will permit defense counsel to adequately confer with the defendant and allow the parties to engage in further discussions before the government is required to seek an indictment or information.  Such an agreement may work to the defendant's benefit and/or assist the government's ongoing investigation.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from November 18, 2021 through and including January 18, 2022 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

1

Accordingly, the Court hereby grants the government's assented-to motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to January 18, 2022; and (2) the period from October 19, 2021 through and including January 18, 2022 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

Dated:   November ___, 2021

>                              _____
>                              HONORABLE ALLISON D. BURROUGHS
>                              UNITED STATES DISTRICT JUDGE